■ In the Matter of the Claim of THOMAS F. KNIGHTS, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Motion to dismiss appeal as untimely taken granted, without costs (see, Labor Law § 624). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARMSTEAD BOYD, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Thomas v LeFevre, 102 AD2d 925). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.

■ ELIZABETH VERMETTE, as Administratrix of the Estate of JOSEPH F. VERMETTE, Deceased, Respondent, v KENWORTH TRUCK COMPANY, a Division of PACCAR, INC., Respondent, and GREEN TRUCK SUPPLY, INC., Appellant. (And Two Third-Party Actions.)—Motion for reargument denied, without costs.

Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in affirming Special Term's order which denied a motion by defendant Green Truck Supply, Inc., for summary judgment dismissing the complaint against it?" Kane, J. P., Casey, Mikoll, Levine and Harvey, JJ., concur.